UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DIANE J. PETERSON,

Plaintiff,

v.                                                          Case No.:

MOOG INC.,

Defendants.

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1441 and 1446, the

action entitled *Peterson v. MOOG Inc.*, commenced in the Supreme Court of the State of New

York for the County of Erie, Index No.: 812669/2017, is removed by the Defendants.

Defendants, by and through their attorneys, respectfully state the following as

grounds for removing this action:

1.      Defendants remove this action to this Court pursuant to the provisions of

28 U.S.C. §§ 1441 and 1446.

2.      Defendants have complied with the requirements of Local Rule of Civil

Procedure 81 by:  (i) completing a civil cover sheet; (ii) submitting the requisite $400.00 filing

fee; and (iii) attaching an index identifying all documents filed in the state court action,

individually tabbed, and arranged in chronological order according to the state court filing date.

The index is attached as Exhibit A.

3.      On or about September 8, 2017, the plaintiff commenced this action against the Defendants by filing a Summons and Complaint in the Office of the Clerk for Erie County.  A copy of the Summons and the Complaint are attached as Tabs 1 and 2 of Exhibit A respectfully.

4.      Defendants' Notice of Removal is filed within 30 days of receiving on September 13, 2017, through "service or otherwise," a copy of the Complaint, attached as tab 2 to Exhibit A.

5.      A copy of the written notice required by 28 U.S.C. § 1446(d), addressed to the adverse party and to the Clerk of the Supreme Court, Erie County, is attached as Exhibit B, and will be filed in the Erie County Clerk's Office and served on counsel for the plaintiff after the filing of this Notice of Removal in the United States District Court for the Western District of New York.

6.      In her complaint, the plaintiff seeks, among other things, to recover against the Defendants for alleged violations of New York Human Rights Law ["NYSHRL"] and Federal Anti-Discrimination Law ["Title VII"].  Exhibit A, Tab 2 ¶19.

**JURISDICTION EXISTS UNDER 28 U.S.C. § 1331**

7.      This Notice of Removal is filed under 28 U.S.C. § 1441(c) on the grounds that the complaint alleges a civil cause of action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because the claims asserted and the questions raised by the plaintiff, or some of them, present federal questions arising under the Constitution, laws, or treaties of the United States, specifically, 42 U.S.C. § 2000e-2.

- 3 -

**WHEREFORE**, Defendants remove this action, currently docketed in the New York State Supreme Court, Erie County, Index No. 812669/2017, to the United States District Court for the Western District of New York and request that the United States District Court for the Western District of New York assume jurisdiction over the entirety of this action and exclude any further proceedings in the New York State Supreme Court.

Dated: September 28, 2017
       Buffalo, New York

                                **HODGSON RUSS** LLP
                                *Attorneys for Defendants*


                                By:   s/ Joshua Feinstein
                                      Joshua Feinstein
                                The Guaranty Building
                                140 Pearl Street, Suite 100
                                Buffalo, New York 14202-4040
                                Tel:  716.856.4000