UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DIANE J. PETERSON,

                Plaintiff,

v.                                                    Civil No. 17-CV-972

MOOG, INC.,

                Defendant.

## STIPULATION OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the parties to this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, including all claims and counterclaims, is dismissed on the merits, with prejudice, and without costs to any party in this action.  Each party will bear its own attorneys' fees.

DATED:  October 27, 2018

**THE LAW OFFICE OF
LINDY KORN PLLC**
*Attorney for Plaintiff*

 s/Lindy Korn
Lindy Korn
Electric Tower
535 Washington Street, Ninth Floor
Buffalo, New York 14203
Telephone:  (716) 856-5676
Email: *lkorn@lkorn-law.com*

DATED:  October 27, 2018

**HODGSON RUSS LLP**
*Attorneys for Defendant*

 s/Joshua Feinstein
Joshua Feinstein
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York  14202
Telephone: (716) 856-4000
Email: *jfeinste@hodgsonruss.com*